AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

FID: 1139653
2061- 0701-2938-7

# UNITED STATES DISTRICT COURT

for the U.S. DISTRICT COURT
Southern District SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

United States of America

v.

Bryan Fisher

Case No. 2. 20 MJ- 456

ORIGINAL

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Bryan Fisher

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 641 - Theft of Government Property

Date:  6/30/2020

_Issuing officer's signature_

City and state:     Columbus, Ohio

E.A. Preston Deavers, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  07/01/2020 , and the person was arrested on _(date)_  07/10/2020  at _(city and state)_     OHIO    . |
| Date:  07/10/2020 <br><br> Dusm YNL. <br> _Arresting officer's signature_ <br><br> Dusm Youngless, JR <br> _Printed name and title_ |